<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MOSS,  *Plaintiff,*  v.  MOSS, et al.,  *Defendants.* | Civil Action No. 24-5753  **OPINION AND ORDER**  May 27, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** having come before the Court on David Moss's ("Plaintiff") Motion for Leave to Appeal *in forma pauperis* (ECF 17, "Motion" or "Mot.") against Jeanne E. Moss, Jennifer Edwards, Edward Russo, Victoria Gray, Devang Merchant, New Jersey Child Support Enforcement, Union County New Jersey Child Support Enforcement, Union County New Jersey Probation Department, and the New Jersey Department of Probation ("Defendants") under Rule 24(a) of the Federal Rules of Appellate Procedure. The Court has decided this Motion upon submission, without oral argument, pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons stated below, Plaintiff's Motion is **DISMISSED** as moot.

**WHEREAS** Plaintiff filed the present lawsuit and an Application to Proceed *in forma pauperis* on April 30, 2024. (ECF 1, "Compl."; ECF 1-2, "Application" or "App.") This Court granted Plaintiff's Application to Proceed *in forma pauperis* on December 11, 2024. (ECF 3, "Order".) Defendants filed a motion to dismiss on February 18, 2025, (ECF 8), which this Court granted, with prejudice, on September 23, 2025. (ECF 14). Plaintiff filed a notice of appeal as to this Court's Opinion granting Defendants' motion to dismiss on October 1, 2025. (ECF 16.)

1

Plaintiff also filed a Motion for Leave to Appeal *in forma pauperis*, at issue here, on the same day. (Mot.); and

**WHEREAS,** "[p]ursuant to Federal Rule of Appellate Procedure 24(a)(1), this Court may grant a plaintiff *in forma pauperis* status on appeal only where the plaintiff shows, in the detail required by Form 4 of the Appendix of Forms, that he is unable to pay or to give security for the fees and costs on appeals, and states the issues that he intends to present on appeal." *Durham v. Davis*, No. 19-1926, 2021 WL 3604783, at *1 (D.N.J. Aug. 13, 2021); and

**WHEREAS** Rule 23(a)(3) also provides that "[a] party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization," unless the district court "certifies that the appeal is not taken in good faith," or "a statute provides otherwise." Fed. R. App. Pr. 24(a)(3); and

**WHEREAS** this Court granted Plaintiff's Application to Proceed *in forma pauperis* on December 11, 2024, (Order), and has not issued a finding that Plaintiff's appeal was taken in bad faith. Accordingly, Plaintiff may proceed on appeal *in forma* pauperis without further authorization. *See* Fed. R. App. Pr. 24(a)(3). Plaintiff's Motion for Leave to Appeal *in forma pauperis* is therefore **DISMISSED** as moot.[1]

**IT IS,** on this **27th** day of **May 2026**,

---

[1] Courts in this Circuit have dismissed motions for leave to appeal *in forma pauperis* where the district court previously granted the appealing party's request to proceed *in forma pauperis* in the district court action. *See, e.g., McCrimmon v. Johnson*, No. 18-16281, 2019 WL 2108658, at *1, n.1 (D.N.J. May 14, 2019) (dismissing a plaintiff's motion for leave to appeal *in forma pauperis* as moot where the district court "previously granted him leave to proceed *in forma pauperis*").

**ORDERED** that Plaintiff may proceed on appeal *in forma pauperis*; and

**ORDERED** that Plaintiff's Motion for Leave to Appeal *in forma pauperis* is **DISMISSED**

as moot.

/s/  Jamel K. Semper
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:       Clerk
cc:         Michael A. Hammer, U.S.M.J.
            Parties